No. 00–192.   HUGHES *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).